IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| WANDA ELAINE SMITH-JETER, Plaintiff, | |
|---|---|
| v. | CASE NUMBER: **CV21-00846-PHX-SPL** |
| CITY OF SCOTTSDALE, AZ; SCOTTSDALE HOUSING AGENCY; VILLA MONTANA APARTMENTS, Defendant(s). | **COMPLAINT** |

### Jurisdiction

This court has jurisdiction over this matter pursuant to §§ . The plaintiff is a resident of SCOTTSDALE, Maricopa County, AZ and a citizen of the United States. The defendant, , is a resident of SCOTTSDALE, AZ and a citizen of the United States. The defendant, , is a resident of SCOTTSDALE, AZ and a citizen of the United States. The defendant, , is a resident of SCOTTSDALE, AZ and a citizen of the United States. The cause of action arose in the Phoenix division.

### Complaint

THIS CASE OF VIOLATIONS OF OUR HOUSING CIVIL RIGHTS BEGAN IN DECEMBER, 2019 AND HAVE CONTINUED UNABATED THROUGH MAY 7, 2021(SEE ATTACHED). THE EVIDENCE INCLUDES HUD COMPLAINT #612367.

### Demand

MY REQUEST FOR RELIEF INCLUDED MONETARY RELIEF OF $26 MILLION DOLLARS  **Damages: $26 MILLION DOLLARS**  I BELIEVE THAT I AM ENTITLED TO THIS AMOUNT, DUE TO THE EGREGIOUS NATURE OF THE IMPACT THESE ACTIONS HAVE HAD UPON OUR LIVES.

Date: 5-10-2021

Signature of Pro Se Plaintiff
WANDA ELAINE SMITH-JETER
11350 E. SAHUARO DR. APT 256
SCOTTSDALE, AZ 85259
(206) 573-1058

# NAMES AND Addresses of DEFENDANTS

1. City of Scottsdale, AZ
   3939 N. Drinkwater Blvd.
   Scottsdale, AZ 85251

2. Scottsdale Housing Agency
   6535 E. Osborn Rd. Bldg 8
   Scottsdale, AZ 85251

3. Villa Montana Apartments
   AL Angelo Company
   400 E. Mill Plain Blvd, Suite 500,
   Vancouver, WA 98660

Wanda Smith-Jeter
jessejamesjeter@yahoo.com

Dear Ms. Smith-Jeter,

You have contacted us alleging housing discrimination in violation of federal fair housing laws. In order to evaluate your claim, we need to discuss your claim with you. **Please contact me at Claudia.L.Lopez@hud.gov or at (415) 489-6540 or (800) 347-3739 and while the greeting is playing press \* and then enter his or her extension (the last four digits of the 415 number)** and discuss your claim. We have not filed a complaint, no investigation is presently contemplated, and we cannot proceed until we are able to obtain more information from you. Please provide the following information by email. If you would rather respond by post or email, generally we need the following information in order to evaluate a claim.

1. Please provide/confirm the name(s) and contact information for the respondents including the owner and manager for the subject property and their phone numbers.
2. Please provide the address for the subject property, including the unit number.
3. What incidents and/or remarks indicate discrimination based on your race and disability? Please provide description of incidents and dates for each incident that have occurred within the last 12 months.
4. What major life activities are impaired by your disability? How do the respondents know about them?
5. What did you request as a reasonable accommodation to your disability? When? If in writing, please send copy.
6. What was the response by the respondents? When? If in writing, please send copy.
7. Did you support your disability-based request with medical verification from your doctor? When? Please send copy.
8. Please send correspondence and documents regarding your issues such as: letters from your doctor regarding your need for a reasonable accommodation based on your disabilities, denial letter by the respondents, any correspondence you sent to or received from the respondents regarding your issues.
9. What program are you participating in? Who administers the program? Please provide their contact information.
10. Please provide the names of all persons in your household at the time of the discrimination, the dates of birth for the minors, your current mailing address, phone number and email address.

Please note that under the Fair Housing Act you have a statute of limitations of one year from the last date of discrimination if you file with this office, and two years if you file your own action in a state or federal court. Under other fair housing laws, the statute of limitations is 180 days. We will be glad to work with you to determine if a description of events presents a sufficient basis to file a complaint in this office if you provide us the necessary information within the applicable limitations period. It is therefore extremely important that you contact us promptly if the end of the applicable limitations period is imminent. Thanks for your cooperation.

Case 2:21-cv-00846-SPL Document 1 Filed 05/11/21 Page 4 of 4



Claudia L. Lopez
**Equal Opportunity Specialist**
U.S. Department of Housing and Urban Development
Office of Fair Housing and Equal Opportunity – Region IX
**One Sansome Ste 1200**
**San Francisco, California 94104**
Voice: (415) 489-6540 or (800) 347-3739 ext. 6540
TTY: **(415) 489-6564** Fax: **(415) 489-6560**
Claudia.L.Lopez@hud.gov
www.hud.gov
espanol.hud.com